**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6694

NAKIA LARON GERMAN,

Plaintiff - Appellant,

versus

ANGELIA R. BROWN, Captain, Administrative
Disciplinary Hearing Officer, sued in
individual capacity,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry F. Floyd, District Judge.
(CA-04-22900-8)

Submitted:  September 19, 2005    Decided:  September 30, 2005

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nakia Laron German, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nakia Laron German appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See German v. Brown, No. CA-04-22900-8 (D.S.C. Apr. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED